### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

SUE EVANS,

  Plaintiff,                                        CASE NO.:  3:18-CV-00581-CHB

v.

NAVIENT SOLUTIONS, LLC.,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Sue Evans, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of July, 2019.

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Christopher Ramos (by permission)** |
| Octavio Gomez, Esquire | Christopher R. Ramos, Esquire |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| Florida Bar No.: 0338620 | California Bar No.: 301556 |
| Morgan & Morgan Tampa, P.A. | Greenberg Traurig, LLP |
| 201 N. Franklin Street, Suite 700 | 1840 Century Park East, Suite 1900 |
| Tampa, Florida 33602 | Los Angeles, CA 90067 |
| Telephone: (813) 223-5505 | Telephone: (310) 586-7750 |
| Facsimile: (813) 223-5402 | Primary Email: ramosc@gtlaw.com |
| Primary Email: TGomez@ForThePeople.com | *Attorney for Defendant* |
| Secondary Email: LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |